*✓# 3037  # 128693*

**DIVIDENDS REMITTED TO THE COURT**
Check Number 3037 Dated 07/20/10
Case Number 06-31929 - RENZHOFER, ERIC JAMES

FILED
2010 JUL 23 PM 3:10
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Wells Fargo Financial Ohio, Inc.<br>4137 121st st<br>Urbandale, IA 50323<br>(1-1) unsecured claim | 000001 | 844.10 | 0.56 |
| Wells Fargo Financial Ohio, Inc.<br>4137 121st st<br>Urbandale, IA 50323<br>(2-1) unsecured claim | 000002 | 455.52 | 0.31 |
| Scheer, Green and Burke Co. LPA<br>P.O. Box 1335<br>Toledo, Ohio 43603<br>(8-1) City of Toledo Dept. of<br>Economic & Community Dev. | 000008 | 750.00 | 0.50 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>(11-1) UNSECURED CREDIT CARD | 000011 | 2,136.61 | 1.40 |
| World Financial Network National Bank<br>Limited Too<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | 000016 | 1,238.04 | 0.81 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000020 | 1,959.50 | 1.29 |
| eCAST Settlement Corporation assignee of<br>GE Money Bank/Old Navy<br>POB 35480<br>Newark NJ 07193-5480 | 000021 | 504.29 | 0.33 |
| eCAST Settlement Corporation assignee of<br>GE Money Bank/Lowe s Consumer<br>POB 35480<br>Newark NJ 07193-5480 | 000022 | 2,533.24 | 1.66 |
| eCAST Settlement Corporation assignee of<br>GE Money Bank/JC Penney Consumer<br>POB 35480<br>Newark NJ 07193-5480 | 000023 | 851.47 | 0.56 |
| eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480 | 000028 | 7,421.02 | 4.87 |

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Newark NJ 07193-5480 | | | |
| LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 000029 | 1,238.16 | 0.82 |
| Mandell-Vasquez, Inc. c/o Susan Hartman Muska One South St. Clair Street, Suite 2C Toledo OH 43604-8786 (31-1) Goods Sold(31-2) goods sold (31-2) Amends Proof of Claim Form B10 | 000031 | 3,407.28 | 2.24 |
| Scheer, Green and Burke Co. LPA P.O. Box 1335 Toledo, Ohio 43603 (33-1) Dept. of Economic & Community Dev. | 000033 | 268.00 | 0.17 |
| KAY JEWELERS C/O WELTMAN, WEINBERG & REIS 323 W. LAKESIDE AVE., 2ND FL CLEVELAND, OH 44113 | 000038 | 76.26 | 0.05 |
| LVNV Funding LLC its successors and assigns as assignee of CitiFinancial Inc. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 000040 | 3,438.17 | 2.26 |
| ---------- Remittance Total ---------------- | | 27,121.66 | 17.83 |

DOUGLAS A. DYMARKOWSKI, Trustee