CK# 3038
Receipt # 129006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  ERIC JAMES RENZHOFER  　　　　　　　　　　Case No. 06-31929
　　　　MICHELLE M RENZHOFER

　　　　　　Debtor(s).　　　　　　　　　　　　　　Judge RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

Douglas A. Dymarkowski, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the payees to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 3031 | Peter G. Rost Aty<br>830 Spitzer Building<br>Toledo, OH  43604-1302 | $16.81 |
| 3032 | Peter G. Rost Aty<br>830 Spitzer Building<br>Toledo, OH  43604-1302 | $22.14 |

2. Your trustee's check for $38.95 payable to the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**/s/Douglas A. Dymarkowski**
　　　　　　　　　　　　　　　　　　Douglas A. Dymarkowski, Trustee
　　　　　　　　　　　　　　　　　　5431 Main Street
　　　　　　　　　　　　　　　　　　Sylvania, Ohio 43560
　　　　　　　　　　　　　　　　　　(419) 882-4999